AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
04/10/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America, | ) | |
|---|---|---|
| v. | ) | Case No. 3:25-mj-0025-CSW |
| Isaac J. Horne, | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Isaac J. Horne,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Distribution of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

Date: 3/25/2025

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

City and state: Evansville, Indiana

---

**Return**

This warrant was received on *(date)* 03/26/2025, and the person was arrested on *(date)* 03/26/2025
at *(city and state)* Evansville, Indiana

Date: 04/10/2025

*[signature]*
*Arresting officer's signature*

TFO Skye Terhune
*Printed name and title*